## VANGUARD IDENTIFICATION SYSTEMS, INC., Appellant,

v.

## David J. KAPPOS, Director, United States Patent and Trademark Office, Appellee,

and

## Bank of America Corporation, Appellee.

No. 2010–1371.

United States Court of Appeals, Federal Circuit.

Jan. 24, 2011.

Gary A. Rosen, Law Offices of Gary A. Rosen, P.C., of Philadelphia, Pennsylvania, argued for appellant.

Mary L. Kelly, Associate Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, argued for appellee David J. Kappos, Director, United States Patent and Trademark Office. With her on the brief were Raymond T. Chen, Solicitor, and William Lamarca, Associate Solicitor.

James P. McLoughlin, Jr., Moore & Van Allen, PLLC, of Charlotte, North Carolina, argued for appellee Bank of America Corporation. With him on the brief was J. Mark Wilson.

Before NEWMAN, FRIEDMAN, and LOURIE, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**